JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN  DISTRICT OF CALIFORNIA

MAI XIONG VUE,

    Plaintiff,

vs.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

Case No.  1:23-cv-00815-JLT-BAM

STIPULATION AND  ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from  August 23, 2023 to October 23, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due

on the same week. For the weeks of August 14, 2023 and August 21, 2023, Counsel has 20 merit briefs and several reply briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                              Respectfully submitted,

Dated: August 3, 2023       PENA & BROMBERG, ATTORNEYS AT LAW

                        By: */s/ Jonathan Omar Pena*
                            JONATHAN OMAR PENA
                            Attorneys for Plaintiff

Dated: August 3, 2023      PHILLIP A. TALBERT
                            United States Attorney
                            MATHEW W. PILE
                            Associate General Counsel
                            Office of Program Litigation
                            Social Security Administration

                        By:  **/s/ Jamala Edwards*
                            Jamala Edwards
                            Special Assistant United States Attorney
                            Attorneys for Defendant
                            (*As authorized by email on August 3, 2023)

# ORDER

Pursuant to stipulation and good cause appearing, Plaintiff shall serve Defendant with Plaintiff's Motion for Summary Judgment on or before October 23, 2023. All other deadlines shall be modified accordingly.

IT IS SO ORDERED.

Dated: **August 4, 2023**         /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE